DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOLA HOWELL,**
Appellant,

v.

**NATIONSTAR MORTGAGE LLC** d/b/a **MR. COOPER,**
Appellee.

No. 4D20-534

[April 8, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. 19-2025 CACE (11).

Lola Howell, Lauderdale Lakes, pro se.

Kathleen D. Kilbride, Sara F. Holladay, and Emily Y. Rottmann of McGUIREWOODS LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***